IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 SEP 27 A 10: 17

EDWARD PATTEN )
Full name and prison number of )
plaintiff(s) )
 )
 )
 v. )   CIVIL ACTION NO. 2:06-CV-864-WKW-CSC
 )   (To be supplied by the Clerk of the
BILL FRANKLIN )   U.S. District Court)
SGT. Church )
 )
_____ )
 )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _____ N/A _____

      Defendant(s) _____ N/A _____

   2. Court (if federal court, name the district; if state court, name the county)
      _____ N/A _____

   3. Docket No. _____ N/A _____

   4. Name of Judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Montgomery city Jail P.O. Box 159 Montgomery, AL 36101-0159

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ELMORE COUNTY JAIL, ELMORE CO. AL,

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | BILL FRANKLIN | ELMORE COUNTY JAIL 2259 HWY 231 WETUMPKA, AL 36092 |
| 2. | SGT. Church | ELMORE COUNTY JAIL 2259 HWY 231 WETUMPKA, AL 36092 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED August 22, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I asked to be moved and put in protective custody, But was refused.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

See attached copies.

-2-

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: See Attached copies

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Someone should pay for me being beaten and sexually assaulted against my will. I would like for the court to give me a judgement of at least $10,000

*Edward Patten*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  9-23-06 .
(date)

*Edward Patten*
Signature of plaintiff(s)

-3-

Attached copy #(1)

I am in Federal custody in Montg. City Jail. I was transferred to Elmore County Jail by Marshals. When I arrived there, I started to have problems with the county inmates incarcerated there. I asked Sgt. Church to move me to a safer location. He would not move me. I called my lawyer (Federal Defenders) and got no help. Sgt. Church told me I needed to move to Pod 8 to become his snitch to try to help him find a shank that a prisoner had. This is what he wanted me to do in order to get protective custody. And he moved me into Pod 8.

After (2) or (3) days in Pod 8 on August 22, 2006, I was involved in a serious incident with some county inmates. I was jumped, beaten, and sexually assaulted.

I tried to get Sgt. Church to come to see what was going on ... and to get me a nurse (medical help). Nothing was done. I eventually got Renee Ross (Federal Defenders) to get me some help.

Attached copy # (2)

Renee Ross came to Elmore County jail to confirm this. She saw the blood and got evidence from me about the incidents that occured there. The day after ms. Ross visited me I keep up front for one night and taken back to Montgomery city jail the next day where I remain today. I have nightmares, dizzy spells, anger attacks, headaches, and panic attacks now.

I was never told why I was taken there in the first place. I feel that Elmore County Jail should pay me a monetary claim (which I have stated) for the pain and suffering that they caused me to have there

Edward Patten

I declare under penalty of perjury that the foregoing is TRUE and CORRECT

Executed on 9-23-06

Edward Patten