| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Frances Jewell* | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery<br>9-28-06 |
| 1. Article Addressed to:<br><br>Sheriff Bill Franklin<br>Elmore County Sheriff's Department<br>~~2259~~ 8955 Hwy. 231<br>Wetumpka, AL 36092 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06 CV 864<br>C + P°    (40) | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)* | 7005 1820 0002 3461 7019 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sgt. Church
Elmore County Sheriff's Department
~~8955~~ ~~8859~~ Hwy. 231
Wetumpka, AL 36092

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *James Jewell*
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
9-28-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV864
L + PO
⓾

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 7026

Domestic Return Receipt   102595-02-M-1540