### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| EDWARD PATTEN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-864-WKW-CSC |
| BILL FRANKLIN, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER

COME NOW Elmore County, Alabama Sheriff Bill Franklin and Elmore County Jail Corrections Officer Sergeant Jamie Church, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action, Elmore County, Alabama Sheriff Bill Franklin and Elmore County Jail Corrections Officer Sergeant Jamie Church, deny each and every allegation made by the Plaintiff, Edward Patten, and demand strict proof thereof.  The Defendants deny that they acted, or caused anyone else to act, in any manner so as to deprive the Plaintiff of any right to which he was entitled.

### Affirmative Defenses

1.  The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2.  The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3.  The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. The Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the Prison Litigation Reform Act because he failed to exhaust available administrative remedies.

6. Plaintiff fails to allege any affirmative causal link between the alleged act or omission of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7. Defendants are not liable based upon *respondeat superior* theories of liability.

8. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9. Defendants were not deliberately indifferent in any respect, nor did they subject the Plaintiff to the unnecessary and wanton infliction of pain.

10. Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

**RESPECTFULLY SUBMITTED**, this the 7th day of November, 2006.

> s/C. Richard Hill, Jr.
> **C. RICHARD HILL, JR. (HIL045)**
> **DANIEL D. FORDHAM (FOR055)**
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail: rhill@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 7th day of November, 2006, I electronically filed the Defendants' Answer with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Edward Patten
Montgomery City Jail
Post Office Box 159
Montgomery, Alabama 36101-0159

                                           **s/C. Richard Hill, Jr.**
                                           **OF COUNSEL**