IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD PATTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-864-WKW |
| ) | (WO) |
| BILL FRANKLIN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 12, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is hereby

ORDERED that the Recommendation (Doc. # 9) is ADOPTED.

It is further ORDERED that the above-styled lawsuit is DISMISSED without prejudice.

An appropriate judgment shall be entered.

Done this the 16th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE